UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Earl Lionell Ward, | Case No. 21-cv-0930 (WMW/DTS) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Tracey S Beltz, *Warden*, | |
| Respondent. | |

| | |
|---|---|
| Earl Lionell Ward, | Case No. 21-cv-1232 (WMW/DTS) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Tracey S Beltz, *Warden*, | |
| Respondent. | |

This matter is before the Court on the May 3, 2021, and May 28, 2021 Reports and Recommendations (R&Rs) of United States Magistrate Judge David T. Schultz. (Case No. 21-cv-0930, Dkt. 12.; Case No. 21-cv-1232, Dkt. 7.) No objections to the R&Rs have been filed.[1] In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&Rs, the Court finds no clear error.

---

[1] It is possible that Petitioner Earl Lionell Ward intended the filing of his habeas petition in Case No. 21-cv-1232 to constitute an objection to the R&R in Case No. 21-cv-0930. However, Ward's filing in Case No. 21-cv-1232 does not identify an error of law or fact in the R&R in Case No. 21-cv-0930. Therefore, to the extent that Ward intended to object to the R&R in Case No. 21-cv-0930, that objection is overruled.

Based on the R&Rs and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The May 3, 2021 R&R, (Case No. 21-cv-0930, Dkt. 12), is **ADOPTED**.

2. Petitioner Earl Lionell Ward's petition for a writ of habeas corpus, (Case No. 21-cv-0930, Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

3. Petitioner Earl Lionell Ward's motion to appoint counsel, (Case No. 21-cv-0930, Dkt. 2), is **DENIED AS MOOT**.

4. The May 28, 2021 R&R, (Case No. 21-cv-1232, Dkt. 7), is **ADOPTED**.

5. Petitioner Earl Lionell Ward's petition for a writ of habeas corpus, (Case No. 21-cv-1232, Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

6. Petitioner Earl Lionell Ward's motion to appoint counsel, (Case No. 21-cv-1232, Dkt. 2), is **DENIED AS MOOT**.

7. A certificate of appealability, *see* 28 U.S.C. § 2253(c), **SHALL NOT ISSUE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 30, 2021　　　　　　　　　　　　s/Wilhelmina M. Wright
　　　　　　　　　　　　　　　　　　　　　　Wilhelmina M. Wright
　　　　　　　　　　　　　　　　　　　　　　United States District Judge